UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-00016-TP-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

WILTON VLADIMIR BROWN,

       Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION

**THIS CAUSE** is before the Court on Defendant Wilton Vladimir Brown's Motion

for Sentence Reduction [DE 27].  The Court has considered the motion, the

Government's response [DE 30], and is otherwise advised in the premises.  Mr. Brown

has not filed a reply, and the time for doing so has passed.

Since Mr. Brown's motion seeks a reduction of a sentence imposed upon

revocation of supervised release, the referenced amendment would not apply.

Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that Defendant Wilton Vladimir Brown's Motion for

Sentence Reduction [DE 27] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 26th day of March, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail